MICHAEL BAILEY
United States Attorney
District of Arizona
JACKSON A. STEPHENS
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
E-mail: Jackson.Stephens@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br><br>   vs.<br><br>Krisstian Taddey,<br>Verenice Ybette Arizpe,<br><br>               Defendants. | 20-mj-00648-N/A-EJM<br><br>**GOVERNMENT'S NOTICE OF AUTOMATIC EXTENSION OF SPEEDY TRIAL CLOCK PURSUANT TO 18 U.S.C. § 3161(b)** |

Defendant Taddey in this case was arrested on November 2, 2020, and the government filed an amended complaint on Defendant Arizpe on November 17, 2020. Although 18 U.S.C. § 3161(b) requires that an indictment issue within 30 days from a defendant's arrest or the service of a summons, D. Ariz. General Order 20-40 (issued November 19, 2020) suspended all grand jury proceedings scheduled to take place after the week of November 23, 2020, until further order of the court. General Order 21-02 (issued January 11, 2021), which superseded General Order 20-40, extended the suspension until further notice. These General Orders were issued to address the same public health concerns related to COVID-19 described in prior general orders. For example, General Order 20-10 (issued March 13, 2020) first described the public health emergency created by COVID-19 and General Order 20-26 (issued May 28, 2020) outlined limited court operations that would be permitted in light of the pandemic. General Order 21-02 states that the novel coronavirus outbreak continues to be a public health emergency

and concludes that additional temporary steps are necessary for the protection of the public, including the suspension of grand jury proceedings. A grand jury was last in session in the District of Arizona on November 25, 2020 at 2:30 p.m. Therefore, no grand jury has been in session during the 30 days following the defendant's arrest.

The Speedy Trial Act automatically provides for an additional 30 days in which to seek an indictment "when no grand jury has been in session during [the] thirty-day period" following a defendant's arrest. 18 U.S.C. § 3161(b). No government motion is required. *See United States v. Mann*, 701 F.3d 274, 284–85 (8th Cir. 2012) ("The plain language of section 3161(b) is unambiguous: where a grand-jury is not in session during the thirty-day period, 'the period of time for filing of the indictment shall be extended an additional thirty days.' 18 U.S.C. § 3161(b). Pursuant to the language of the statute, the extension of time is automatic; no Government motion is required.")

Because no grand jury was in session in the District of Arizona during the 30 days immediately following the defendant's arrest due to General Orders 20-40 and 21-02, the government hereby gives notice that the indictment deadline is automatically extended for 30 days pursuant to 18 U.S.C. § 3161(b).

Respectfully submitted this 17th day of February, 2021.

        MICHAEL BAILEY
        United States Attorney
        District of Arizona

        *s/ Jackson A. Stephens*
        JACKSON A. STEPHENS
        Assistant United States Attorney

Copy of the foregoing served electronically or by other means this 17th day of February, 2021 to:

All ECF Participants